■ In the Matter of MURRAY GLANTZ, an Attorney.—Respondent rein-

stated as an attorney and counselor at law of the State of New York. Concur —Kupferman, J. P., Murphy, Lupiano, Capozzoli and Lane, JJ.